

**MEMO**

CR 12 181

Date: March 7, 2012

To: DOUG PALMER
U.S. DISTRICT COURT CLERK

From: EILEEN KELLY
CHIEF U.S. PROBATION OFFICER

Re: **Maynard, Warren
DOCKET NO.: 1:09CR-00029-001
TRANSFER OF JURISDICTION**

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 09 2012 ★

BROOKLYN OFFICE

VITALIANO, J.

GO, M.J.

Reference is made to the above-cited individual who is currently under supervision by this office. This offender was originally sentenced in the Western District of New York.

Enclosed please find two original Probation Form 22's ordering jurisdiction of this case to be transferred to the Eastern District of New York, and are requesting that this case be opened and assigned in the Eastern District of New York. We additionally request that in the interest of justice that this case be assigned to The Honorable Nicholas G. Garaufis, as the offender currently has a pending federal case in the Eastern District of New York under docket number 11CR855-001.

Thank you for your assistance with this matter. If you require anything further, please contact the undersigned officer at (347) 534-3515.

PREPARED BY: _____
Michael P. Imrek
U.S. Probation Officer

APPROVED BY: _____
Jill D. Williams
Supervising U.S. Probation Officer

| Mod. Prob. 22 (Rev. 03/2010) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER: (Trans. Court) 1:09CR00029 - 001 |
|---|---|---|
| | | DOCKET NUMBER: (Rec. Court) CR 12-181 |

| NAME AND ADDRESS OF PROBATIONER | DISTRICT | DIVISION |
|---|---|---|
| Warren Maynard<br>1577 East NY Ave, #1A<br>Brooklyn, NY 11212 | Western District of New York | Buffalo |
| | NAME OF SENTENCING JUDGE<br>Honorable William M. Skretny | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 06/28/2010 — TO 06/27/2013 |

OFFENSE:

Controlled Substances - Import

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 09 2012 ★
BROOKLYN OFFICE

VITALIANO, J.
GO, M.J.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  WESTERN  DISTRICT OF  NEW YORK

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of this Court to the United States District Court for the  Eastern District   New York  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this court.* **_Collection of restitution will be maintained by the sentencing district if the case is Joint and Several with other defendants._**

January 21, 2012
_Date_

_/s/ William M. Skretny_
Honorable William M. Skretny

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Eastern District    OF    New York

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

_____   _____
_Effective Date_    _UNITED STATES DISTRICT JUDGE_